**130**

■

**Jerry ZEPNICK, Respondent,**

v.

**Dan HAGAN, Appellant.**

**No. WD 33711.**

Missouri Court of Appeals,
Western District.

Jan. 18, 1983.

David B. Rogers of Smith, Lewis, Rogers & Beckett, Columbia, for appellant.

Robert J. Dierkes of Bear, Hines & Thomas, Columbia, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

PER CURIAM:

ORDER

Direct appeal from jury award for breach of an oral contract.

Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**John R. BRIDGES, Appellant.**

**No. WD 33762.**

Missouri Court of Appeals,
Western District.

Jan. 18, 1983.

David M. Strauss, Public Defender, Jeffrey K. Rath, Asst. Public Defender, Columbia, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

PER CURIAM:

ORDER

Appeal from judgment of conviction for assault, third degree, a class D felony, under § 565.060, RSMo 1978. No jurisprudential purpose will be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.